**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>MARS, INCORPORATED<br><br>    Defendant. | Civil Action No. 2:17-cv-00085-AWA-RJK |

**DEFENDANT MARS, INCORPORATED'S MOTION TO DISMISS PLAINTIFF'S
INDUCED INFRINGEMENT ALLEGATIONS AND TO STRIKE PLAINTIFF'S
<u>REQUEST FOR A FINDING OF WILLFUL INFRINGEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Mars, Incorporated ("Mars"), respectfully moves this Court to dismiss Plaintiff Symbology Innovations, LLC's ("Symbology") allegations of indirect infringement and to strike Symbology's request for a finding of willful infringement from the Complaint (Dkt. No. 1). The grounds for this motion are set forth in Mars' Memorandum in Support of Motion to Dismiss, which is filed herewith along with a Proposed Order.

Dated: April 6, 2017

MCDERMOTT WILL & EMERY LLP

 /s/ Mary D. Hallerman
Artem N. Sokolov
Mary D. Hallerman (Va. Bar. No. 80430)
McDermott Will & Emery LLP
500 North Capitol Street NW
Washington, D.C. 20001
Telephone:  (202) 756-8000
Facsimile:  (202) 756-8087

Email:  mhallerman@mwe.com,
asokolov@mwe.com

Sarah Chapin Columbia
McDermott Will & Emery LLP
28 State Street
Suite 3400
Boston, MA 02109
Telephone: (617) 535-4074
Facsimile: (617) 535-3800

*Attorneys for Defendant Mars, Incorporated*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of April, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Steven War
    McNeely Hare & War LLP
    5335 Wisconsin Avenue NW
    Suite 440
    Washington, DC 20015
    Email: steve@miplaw.com

    /s/ Mary D. Hallerman
    Mary D. Hallerman (Va. Bar. No. 80430)
    McDermott Will & Emery LLP
    500 North Capitol Street NW
    Washington, D.C. 20001
    Telephone:  (202) 756-8738
    Facsimile:  (202) 756-8087
    Email:  mhallerman@mwe.com