**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>MARS, INCORPORATED<br><br>    Defendant. | Civil Action No. 2:17-cv-00085-AWA-RJK |

**JOINT MOTION TO DENY DEFENDANT MARS, INCORPORATED'S MOTION TO DISMISS (D.E. 11) AS MOOT, AND
TO SET DATE TO ANSWER, OR OTHERWISE RESPOND,
TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Plaintiff Symbology Innovations, LLC's ("Symbology") filed its Original Complaint against Defendant Mars, Incorporated ("Mars") on January 3, 2017. On April 6, 2017, Mars moved to dismiss in part the Original Complaint for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) (D.E. 11) ("Mars's Motion"). On April 20, 2017, Symbology filed its Opposition to Mars's Motion, together with a First Amended Complaint ("FAC") under Fed. R. Civ. P. 15(a)(1)(B). In its Opposition, Symbology argued that the FAC rendered Mars's Motion moot. (D.E. 13 at 3). Although Mars disagrees with the substance of the allegations in the FAC, it agrees that Symbology's filing of the FAC moots Mars's Motion. (D.E. 11). Therefore, to conserve the Court's resources, the parties jointly ask: (1) that the Court deny Mars's Motion (D.E. 11) as moot; and (2) that the Court set **May 19, 2017** as the date for Mars to answer, or otherwise respond, to Symbology's FAC. A proposed order and waiver of hearing are submitted herewith.

Dated: May 1, 2017

By:  /s/Mary D. Hallerman
Artem N. Sokolov
Mary D. Hallerman (Va. Bar No. 80430)
McDermott Will & Emery LLP
500 North Capitol Street NW
Washington, D.C. 20001
Telephone: (202) 756-8000
Facsimile: (202) 756-8087
Email: asokolov@mwe.com,
mhallerman@mwe.com

Sarah Chapin Columbia
McDermott Will & Emery LLP
28 State Street
Suite 3400
Boston, MA 02109
Telephone: (617) 535-4074
Facsimile: (617) 535-3800
Email: scolumbia@mwe.com

*Attorneys for Defendant Mars, Incorporated*


By: /s/Steven War
Steven War (VSB # 45048)
McNeely, Hare & War LLP
5335 Wisconsin Ave, NW, Suite 440
Washington, DC 20015
Telephone: (202) 536-5877
Facsimile: (202) 478-1813
Email: steve@miplaw.com

*Attorney for Plaintiff Symbology Innovations*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of May, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Steven War
McNeely Hare & War LLP
5335 Wisconsin Avenue NW
Suite 440
Washington, DC 20015
Email: steve@miplaw.com

   /s/ Mary D. Hallerman
Mary D. Hallerman (Va. Bar. No. 80430)
McDermott Will & Emery LLP
500 North Capitol Street NW
Washington, D.C. 20001
Telephone:  (202) 756-8738
Facsimile:  (202) 756-8087
Email:  mhallerman@mwe.com

DM_US 81574844-1.002227.0261