THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**MARS, INCORPORATED**<br><br>　　　　Defendant. | CIVIL ACTION NO. 2:17-cv-00085 |

## NOTICE OF DISMISSAL

Under the Federal Rule of Civil Procedure 41(a), Symbology Innovations, LLC ("SI") voluntary dismisses all claims against Defendant Mars, Incorporated and Defendant John Doe with prejudice, with each party bearing its own attorneys' fees and costs.

Dated:  June 9, 2017　　　　　　　　　　Respectfully submitted.

　　　　　　　　　　　　　　　　　　　*/s/ Steven War*

　　　　　　　　　　　　　　　　　　　Steven War
　　　　　　　　　　　　　　　　　　　McNeely, Hare & War LLP
　　　　　　　　　　　　　　　　　　　5335 Wisconsin Ave, NW, Suite 440
　　　　　　　　　　　　　　　　　　　Washington, D.C. 2015
　　　　　　　　　　　　　　　　　　　(202) 536-5877
　　　　　　　　　　　　　　　　　　　facsimile: (202) 478-1813
　　　　　　　　　　　　　　　　　　　e-mail: steve@miplaw.com
　　　　　　　　　　　　　　　　　　　VSB # 45048
　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Symbology Innovations, LLC*

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on June 9, 2017, I have caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the District Court using the CM/ECF system, which will send notifications of such filing to all counsel of record.

Dated:  June 9, 2017                              By: /s/ Steven War

                                                                  Steven War